FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

FILED
US DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 14 2015
JAMES W McCORMACK, CLERK
By _____ ZBw _____
DEP CLERK

CASE NO. 3:15CV-239-DPM-JTK

Jury Trial: ☐ Yes ☒ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.  Name of plaintiff: ANGELO HODGES
    ADC # 093262

    Address: 350 AFCO Rd. W. Memphis, AR., 72301

    Name of plaintiff: Micheal W. Jones
    ADC # _____

    Address: 432 So. 7th st. W. Memphis, AR. 72301

    This case assigned to District Judge Marshall
    Name of plaintiff: _____ and to Magistrate Judge Kearney
    ADC # _____

    Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.  Name of defendant: Mike Allen

    Position: SHERIFF

    Place of employment: Crittenden County Detention Cnt.

    Address: 350 AFCo Rd   W. Memphis, AR. 72301

    Name of defendant: _____

    Position: _____

-4-

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

    ☐ official capacity only
    ☐ personal capacity only
    ☒ both official and personal capacity

III. Previous lawsuits

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

        Yes ___  No  X

    B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        ☐ Parties to the previous lawsuit:

        Plaintiffs: _____

        _____

        Defendants: _____

        _____

|     |     |
| --- | --- |
| ☐ | Court (if federal court, name the district; if state court, name the county): _____ |
| ☐ | Docket Number: _____ |
| ☐ | Name of judge to whom case was assigned: _____ |
| ☐ | Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____ |
| ☐ | Approximate date of filing lawsuit: _____ |
| ☐ | Approximate date of disposition: _____ |

IV. Place of present confinement: CRittenden County Detention Center 350 AFCO Rd. W. Memphis, AR. 72301

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

__X__ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: PAROl REVOCATION
_____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes __X__ No _____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

-6-

Yes __X__   No ____

If not, why? _____

_____

VII.  Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was not and am still not receiving pain medications for my rhematise arthritis and other medical problems. These housing problems are really messing with my mind. Not being able to contact anyone when Im hurting. Im 59 yrs of age. To have lung problems and no way to contact anyone. Especially when they mace in the pod and carry the victim up front for medical care and Im still lot up inhaling the mace, which causes me to gasp for air, gag and then vomit. 45 minutes later, they get me to some air.

Constantly being referred to medical staff, but getting no relief.
They're not housing us (2 inmates) under Arkansas Guide lines. Being lock-up 21 hours a day under the conditions is cruel and unusual treatment. Cells are 48 ft capacity.
I'm suppose to have blood work done, at least every 90 days. I've been here 6 mths under the conditions.

VIII. Relief

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

My Mouthy Reinstated and Payed for my pain and suffering due to Lack of Medical Care and treatment by Staff At C.C.D.C. under Sheriff Mike Allen.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _____ day of _____, 20_____.

*Argyle J. Hodges*

_____
Signature(s) of plaintiff(s)

## Jail Detainee Grievance Form

INSTRUCTIONS: Fill in the blanks and clearly describe your problem in the space below. If you need more space, use the back. Fold the completed grievance form, write **Grievance** on the outside, and give to any jailer. This form can also be used for grievance appeals by checking the **Appeal** block.

6:30 A.M
7:15

NAME: Angelo J. Hodges       CELL: D-M-143

DATE: 5-5-15     Grievance   X     Appeal _____ (Check one)

PROBLEM: 3rd time Officer has sprayed someone for not going in cell when 90 percent of inmates are lot down. I have emphysema and Daifon Church has bad sinus. I'm lockin my cell from where the nurse and tamzy leaves until officer Worth and the trainee returns to the part. My throats burning, nurse running, chest hurting, eyes burning. This is really uncalled for and dangerous to my health.

_Do not write below this line_

RESPONSE: Referred to nurse.

_____

Lt Brown   5/11/15
Signature of Responder

Jailer's Signature: _____   Date: _____

Detainee's Signature: Angelo J. Hodges   Date: 5-5-15

9.3

After being inform of my health issues. Officer Worth brought a fan into the part after a inmate who wasn't a trust but stays told him too. There left again. Look at your camera. It's 6:40 am and I'm still confine in 143. I'm vomiting and coughing, but getting no help. At 7:00 am, I still coughing and locked in my cell, with a fan blowing from down by the shower 60 ft away from this cell.

Roll the camera from pill call at 6:46 am until he sprayed that man for not going into his cell. I was lock up for 30 min. before letting out for oxygen and 1 hr before any grievances were issued.

## Jail Detainee Grievance Form

INSTRUCTIONS:   Fill in the blanks and clearly describe your problem in the space below. If you need more space, use the back. Fold the completed grievance form, write **Grievance** on the outside, and give to any jailer. This form can also be used for grievance appeals by checking the **Appeal** block.

NAME: Angelo Hodges    CELL: D-M-143

DATE: 5-8-15    Grievance __X__    Appeal _____ (Check one)

PROBLEM: Everytime I come to C.C.D.C. I been parole revocated within a week. That makes me A.D.C. property. Now, how can you charge me for medical or anything that you're suppose to give to me. A.D.C. is suppose to be paying you all not me. I need to have my $14.50 and 15.39 put back on my books or I will be calling Lillian Hodges & The Quarum Court.

Do not write below this line

RESPONSE: Referred to medical staff on this incident.

LT. Brown
Signature of Responder

Jailer's Signature: _____    Date: 05-11-15

Detainee's Signature: Angelo Hodges    Date: 5-8-15

They said it was for indigent hygena kits and ~~presqiption~~ medical. I'm A.D.C.. It's
presgiptions
against the law so I'm referring all this to the outside. — Angelo J. Hodges

Mail Man @

Administration *

## Jail Detainee Grievance Form

**INSTRUCTIONS:** Fill in the blanks and clearly describe your problem in the space below. If you need more space, use the back. Fold the completed grievance form, write **Grievance** on the outside, and give to any jailer. This form can also be used for grievance appeals by checking the **Appeal** block.

NAME: Angelo J. Hodges   CELL: 143 - DM

DATE: 5-9-15   Grievance __X__   Appeal _____ (Check one)

PROBLEM: Sgt Milo & Officer Worth were informed several times about the bottom tier of D-M not being cleaned. We haved seen mop or disinfect for part of cells. If some comes in the trustee mop the food areas before we come out and then we can't get any more. Even the showers have been cleaned since the shake down Thursday. People are becoming sick. Little black bugs are flying everywhere, even in the cells.

*[left margin: P.S. I really need moving to EC as soon as possible.]*

Do not write below this line

RESPONSE: Ofc Dexter and ofc. Hines issue out cleaning supplies to all the Pod Sir

LT. Brown
Signature of Responder

Jailer's Signature: _____   Date: 05-11-15

Detainee's Signature: Angelo Hodges   Date: 5-9-15

9.3

# UNITED STATES DISTICT COURT

ANGELO HODGES                    PETITIONER

VS                               CASE No.

MIKE ALLEN - SHERIFF             RESPONDENT'S

## WRIT OF HABEAS CORPUS

Comes now Petitioner, Angelo Hodges, Pro-se, and for his Writ, states as follows.

1. On March 9, 2015, at 9 pm., I was arrested and brought to Crittenden County Detention Center. At 350 AFCO Rd, W. Memphis, AR, 72301.

2. Upon being booked into the jail, I was asked about my medical conditions. (If I had any and what were they).

3. I told the jail, that I had EMPHYSEMA, RHEUMATIS Arthritis, Gastritis disease.

4. It took 14 dys before I could see a doctor

5. I haven't received any pain medication yet. I was told that I would have to buy that off of commissary. Even though I'm allergic to asprine.

6. I have been placed on a special diet since I been here for my Gasterial disease.

7. Once I became A.D.C. property, they started giving me inhaler and Zantac, but still no pain medication. And it stays ice cold in here.

8. I'm being housed in OM part. Locked in a cell 21 hrs a day with no intercom to contact someone when I in pain.

9. Every prescription that I've received, I've charged five dollars and $4.50 for hygene or indigent pks.

10. There are no T.B lights, showers are rarely clean. Stays full of fruit flies and black bugs.

11. Officer are supposed to feed us, but they place inmate that don't wash their face and use the same glove over and over.

12. When laundry day comes. You are told to slide you clothes under the door and you will receive them the same way.

13. Security is so slack that I seene 3 people beat to where the were released to not prosecute the C.C.D.C..

14. I'm asking to be compensated for thes mental and medical abuse that I've had to endure

15. Being housed in cells (2 inmate) 21 hrs a day that maybe 52 sq ft, which is against AR. guide lines. Cells are supposse to 70 sq ft to house (2 inmates)

## CERTIFICATE OF SERVICE

I, Angelo Hodges 093262, hereby certify that a true copy of the foregoing writ has been mailed to the Respondant: Crittenden County Detention Center, 350 AFCO Rd., W. Memphis, AR., 72301
SHERIFF MIKE ALLEN

ON THIS _____ day of _____,

I, Angelo Hodges 093262, do swear under penalty of perjury, that the above information is true and correct to the best of my knowledge.

ANGELO HODGES
Angelo Hodges

The reason I, Angelo Hodges 093262, submitted this writ to the courts is because I'm being housed for Arkansas Dept. of Corrections and should have adequate medical care and housing

Angela Branstetter, notary
Commission exp - 2-21-2019