IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANGELO HODGES, ADC #093262, and
MICHAEL W. JONES                                                    PLAINTIFFS

v.                              3:15-cv-239-DPM-JTK

MIKE ALLEN, Sheriff,
Crittenden County Detention Center                                  DEFENDANT

## ORDER

Jones hasn't filed a motion for leave to proceed *in forma pauperis* or paid the $400 filing and administrative fees; and the time to do so has passed. № 3. Jones's claims are therefore dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 September 2015