IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANGELO HODGES, ADC #093262, and
MICHAEL W. JONES                                                                PLAINTIFFS

v.                                    3:15-cv-239-DPM-JTK

MIKE ALLEN, Sheriff,
Crittenden County Detention Center                                          DEFENDANT

ORDER

Order, № 7, vacated. Jones filed an *in forma pauperis* application on 21 September 2015. № 4. The Court directs the Clerk to reinstate Jones as a party.

So Ordered.

D.P. Marshall Jr.
United States District Judge

7 October 2015