IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANGELO HODGES, ADC #093262, and
MICHAEL W. JONES                                                        PLAINTIFFS

v.                            No. 3:15-cv-239-DPM-JTK

MIKE ALLEN, Sheriff,
Crittenden County Detention Center                                      DEFENDANT

ORDER

Jones hasn't responded to the Court's 13 October 2015 Order; and the time to do so has passed. № 15. Jones's claims are therefore dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 November 2015