**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

ANGELO HODGES                                                                    PLAINTIFF

v.                                              3:15CV00239-DPM-JTK

MIKE ALLEN, et al.                                                              DEFENDANTS

<u>**ORDER**</u>

Plaintiff has now submitted a Second Amended Complaint (Doc. No. 27) in accordance with this Court's November 17, 2015 Order (Doc. No. 18).    Having reviewed the Second Amended Complaint for screening purposes only,[1] it now appears to the Court that service is appropriate for Defendant Worth.

Plaintiff also names as a Defendant Jane Doe, Nursing Staff of Crittenden County Detention Center (Doc. No. 27).  Since the identity of this Defendant is not known, the Clerk cannot issue summons, and the Marshal is unable to serve an unknown person.  After the complaint is filed, Plaintiff will be permitted to engage in limited discovery consistent with the Federal Rules of Civil Procedure, if necessary, to try to determine the identity of the Jane Doe.  Once Plaintiff is able to identify this Defendant by name and address, the Court should be notified so that service can be ordered.  Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendant Officer Worth.  The Clerk of the Court shall prepare summons for the Defendant and the United States Marshal is hereby directed to serve a copy of the Second Amended Complaint (Doc. No. 27) and summons on Defendant without prepayment of fees and costs or security therefore.

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee.  28 U.S.C. Sect. 1915A(a).

1

IT IS SO ORDERED this 17th day of Decenber, 2015.

_____

JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE