IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ANGELO HODGES**                                                                                              **PLAINTIFF**

v.                                      No. 3:15-cv-239-DPM-JTK

**MIKE ALLEN**, Sheriff, Crittenden
County Detention Center; **WORTH**,
Officer, Crittenden County Detention
Center; and **JANE DOE**, Nursing Staff,
Crittenden County Detention Center                                                  **DEFENDANTS**

ORDER

Unopposed partial recommendation, № 30, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Hodges's claims against Allen are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 January 2016