IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANGELO HODGES                                                                      PLAINTIFF

v.                                       No. 3:15-cv-239-DPM

WORTH, Officer, Crittenden County
Detention Center, and JANE DOE, Nursing
Staff, Crittenden County Detention Center        DEFENDANTS

ORDER

Hodges hasn't responded to the Court's 20 January 2016 Order; and the time to do so has passed. № 34. The Court adds a further word to the January Order. Hodges filed his case before the effective date of the 2015 amendments to the Rules of Civil Procedure. But his second amended complaint, № 27, was filed after the effective date, and it is the live pleading. Magistrate Judge Kearney's January Order gave Hodges sixty days to provide addresses for service. He hasn't. In these circumstances, it is just to apply the new 90-day period for service rather than the old 120-day period. Hodges's complaint will therefore be dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 March 2016