IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANGELO HODGES and
MICHAEL W. JONES                                                                PLAINTIFFS

v.                           No. 3:15-cv-239-DPM

MIKE ALLEN, Sheriff, Crittenden County
Detention Center; WORTH, Officer, Crittenden
County Detention Center; and JANE DOE, Nursing
Staff, Crittenden County Detention Center                          DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 March 2016